**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**CRYSTAL RENEE WESLEY,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**---------------------------------------------------------------X**

**25-CV-6403 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA") on August 14, 2026. ECF No. 18. The parties are directed to meet and confer to address Plaintiff's EAJA motion in an effort to conserve judicial and attorney resources. By **September 25, 2026**, the Commissioner shall file either a stipulation regarding the motion, or an opposition to Plaintiff's motion. If necessary, Plaintiff may file a reply by **October 9, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 18.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge